MICHAEL WEED (SBN 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA  95814-4497
Telephone:	+1 916 447 9200
Facsimile:	+1 916 329 4900

Attorney Specially Appearing for Defendant,
PACENation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HANKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PACENATION; DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:19-CV-01347-KJM-EFB<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144**<br><br>Joint Status Conference: February 13, 2020 |

　　　　Pursuant to Local Rule 144, THE PARTIES HEREBY STIPULATE AND AGREE that Defendant PACENation ("Defendant") may have until January 27, 2020 to file a responsive pleading to Plaintiff Kim Hanks' ("Plaintiff") Complaint.  Defendant's response is currently due on December 30, 2019.  Defendant recently retained counsel, specially appearing herein, and this request for an extension is made by Defendant to give them sufficient time to respond to the allegations in the Complaint.  This extension does not exceed the twenty-eight (28) days allowed under Local Rule 144 and does not waive any available defenses or responses, including those available under Federal Rule of Civil Procedure 12(b).  This is the first stipulation for an extension of time between the parties.

///

///

1  IT IS SO STIPULATED.

2  Dated: December 23, 2019          MICHAEL WEED
                                     Orrick, Herrington & Sutcliffe LLP
3

4
                                     By:  /s/ Michael Weed
5                                         MICHAEL WEED
                                          Attorney for Defendant,
6                                         PACENation

7

8
   Dated: December 23, 2019          TODD M. FRIEDMAN
9                                    Law Offices of Todd M. Friedman

10

11
                                     By:  /s/ Todd M. Friedman (as authorized on 12/23/2019)
12                                        TODD M. FRIEDMAN
                                          Attorney for Plaintiff,
13                                        Kim Hanks